People v Hughes (2023 NY Slip Op 01101)

People v Hughes

2023 NY Slip Op 01101

Decided on March 1, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 1, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
PAUL WOOTEN
BARRY E. WARHIT, JJ.

2022-01538
 (Ind. No. 3998/84)

[*1]The People of the State of New York, plaintiff,
v
Garland Hughes, defendant.

Garland Hughes, Fallsburg, NY, defendant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Roni Piplani, and Adarna De Frietas of counsel), for plaintiff.

DECISION & ORDER
Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered January 31, 1986.
ORDERED that the application is denied.
The defendant has not established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
CONNOLLY, J.P., CHAMBERS, WOOTEN and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court